UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    CHIQUITA L JONES

Debtor(s)

Case No. 10-36599

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/16/2010.

2) The plan was confirmed on 11/12/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 02/10/2011.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $4,100.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $2,480.50 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $2,480.50

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $392.81 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $136.42 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $529.23

Attorney fees paid and disclosed by debtor:     $100.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVENTISTS | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| ADVENTISTS | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN CREDIT BUREAU | Unsecured | 577.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN CREDIT BUREAU | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 954.96 | 954.96 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 288.73 | 288.73 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 3,336.21 | 3,336.21 | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 13,137.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 8,906.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 417.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 0.00 | 676.50 | 676.50 | 0.00 | 0.00 |
| CITIBANK | Unsecured | 413.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 400.00 | 804.00 | 804.00 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 268.00 | 290.85 | 290.85 | 0.00 | 0.00 |
| CREDIT FIRST NA | Unsecured | NA | 995.41 | 995.41 | 0.00 | 0.00 |
| CREDIT UNION 1 | Unsecured | NA | 2,056.45 | 2,056.45 | 0.00 | 0.00 |
| CREDIT UNION 1 | Unsecured | NA | 732.06 | 732.06 | 0.00 | 0.00 |
| CREDIT UNION 1 | Secured | 17,000.00 | 17,000.00 | 17,000.00 | 1,866.83 | 84.44 |
| FED LOAN SERV | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| FEDLOAN SERVICING | Unsecured | 5,773.00 | 11,225.58 | 11,225.58 | 0.00 | 0.00 |
| GMAC RESCAP LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 807.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 6,000.00 | 468.76 | 468.76 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | Unsecured | NA | 206.00 | 206.00 | 0.00 | 0.00 |
| MEDICREDIT CORP | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,025.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION | Unsecured | 1,586.00 | NA | NA | 0.00 | 0.00 |
| NATALIE NELSON | Unsecured | 1,403.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 558.54 | 558.54 | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 863.00 | 863.59 | 863.59 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1.00 | 1,718.17 | 1,718.17 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 0.00 | 1,505.78 | 1,505.78 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 913.51 | 913.51 | 0.00 | 0.00 |
| QUANTUM SERVICING CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS | Unsecured | 400.00 | 58,790.65 | 58,790.65 | 0.00 | 0.00 |
| ROADLOANS.COM | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 6,000.00 | 14,087.56 | 14,087.56 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 8,149.00 | 10,994.15 | 10,994.15 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 7,258.00 | 7,570.02 | 7,570.02 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 6,701.00 | 7,778.76 | 7,778.76 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 395.00 | 395.85 | 395.85 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $17,000.00 | $1,866.83 | $84.44 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$17,000.00** | **$1,866.83** | **$84.44** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $468.76 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$468.76** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$126,743.33** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---|
| Expenses of Administration | $529.23 |
| Disbursements to Creditors | $1,951.27 |
| **TOTAL DISBURSEMENTS** : | **$2,480.50** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/18/2011  By: /s/ Glenn Stearns
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)